IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **SWARTZ ASSOCIATES, INC.,** | **No. 01-316C** |
| **Plaintiff,** | **(Judge Allegra)** |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

**JOINT STATUS REPORT ISSUED**
**PURSUANT TO THE COURT'S AUGUST 6, 2003 ORDER**

In accordance with the Court's August 6, 2003 Order, the plaintiff in this case, Swartz Associates, Inc., ("Swartz") and defendant, the United States, hereby inform the Court of the status of this case and submit a proposed schedule for further proceedings.

Since the conclusion of the related criminal trial of Dominick Russo, a Deputy United States Marshal,[1] counsel for Swartz and the United States have discussed the possibility of settling this case. The parties contemplate further discussions in September concerning settlement. The parties have also discussed a proposed schedule for further proceedings in this case, which is set forth below:

a. Within 30 days of the sentencing of Dominick Russo by the United States District Court for the District of New Jersey,[2] Swartz shall file an amended complaint, or serve notice upon the United States that plaintiff will not amend its complaint.

---

[1] The trial of Mr. Russo concluded on July 1, 2003.

[2] Sentencing of Mr. Russo is scheduled to occur on October 30, 2003.

b. Within 30 days of the earlier of either the date of the filing of Swartz's amended complaint, or the date of plaintiff's service of notice to the United States that Swartz will not amend its complaint, the United States shall file either a motion to dismiss or its answer.[3]

c. Within 30 days of the date of the filing of the United States' response to the complaint, the parties shall serve requests for production of documents and shall be free at their own option to serve interrogatories, which shall be answered within 60 days of service.

d. Within 90 days of the date of the filing of the United States' response to the complaint, the responses to the requests for production of documents shall be served.

e. Within 120 days of the date of the filing of the United States' response to the complaint, the parties shall identify individuals or organizations that they will depose.

f. Within 240 days of the date of the filing of the United States' response to the complaint, the parties shall have completed all fact depositions and all interrogatories shall have been served.

g. Within 270 days of the date of the filing of the United States' response to the complaint, requests to admit shall be served and plaintiff shall disclose the identity of expert witnesses, if any, that it may call to testify at trial.

[3] The Government has informed Swartz that it will likely respond to its current complaint with a motion to dismiss.

h. Within 300 days of the date of the filing of the United States' response to the complaint, plaintiff shall produce its final written reports of experts who have been identified as expert witnesses.

i. Within 60 days of the filing of plaintiff's expert reports, the depositions of plaintiff's expert witnesses shall be completed.

j. Within 30 days of the filing of plaintiff's expert reports, defendant shall identify its experts, if any, that it may call to testify at trial.

k. Within 60 days of the date of the identification of defendant's expert reports, defendant shall produce its final written reports of experts who have been identified as expert witnesses.

l. Within 60 days of the filing of defendant's expert reports, the depositions of defendant's expert witnesses shall be completed.

m. Within 60 days of the completion of the depositions of expert witnesses, supplemental expert reports addressing any issues raised in the reports of the opposing parties' experts shall be exchanged.

n. Within 30 days of the exchange of supplemental expert reports, depositions with respect to supplemental expert reports shall be completed.

o. The parties shall file with the Court their final exhibit lists, final witness lists, and memoranda of contentions of law and fact 60 days after the completion of expert discovery, or the Court's resolution of any motions for summary judgment, whichever is later, or, in the event there are no experts, 360 days after the filing of the United States' response.

p. Trial shall commence 30 days after the filing of the materials identified in paragraph (o) above, or on such subsequent date as is convenient for the Court.

q. Nothing in the order will prohibit either party from filing a motion for summary judgment at any time.

Respectfully submitted,

/s/ Greg Sodini
GREGG SODINI, ESQ.
Sodini & Spina
120 Wood Avenue South
Suite 407
Iselin, New Jersey 08830

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ James Kinsella
JAMES M. KINSELLA
Deputy Director

/s/ John Roberson
JOHN H. ROBERSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7972

Attorneys for Defendant

Of Counsel:
JONI GIBSON
Associate General Counsel
United States Marshals Service
600 Army-Navy Drive
Suite 1250
Arlington, VA 22202
Tel: (202) 307-9054

Dated: September 5, 2003

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September 2003, a copy of the foregoing "Joint Status Report Issued Pursuant To The Court's August 6, 2003 Order" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

/s/ John H. Roberson