# In The United States Court of Federal Claims

No. 01-316 C

(Filed: September 30, 2003)

---

SWARTZ ASSOCIATES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On October 12, 2001, the court issued an order staying this case. The court now restores this case to the active docket, and the parties shall proceed as follows:

1. On or before October 30, 2003, plaintiff shall, if desired, file an amended complaint.

2. On or before January 2, 2004, defendant shall file an answer to either the original or amended complaint, or otherwise respond.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge