# In The United States Court of Federal Claims

No. 01-316 C

(Filed: November 4, 2004)

SWARTZ ASSOCIATES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On October 31, 2003, the court received plaintiff's amended complaint. However, on September 8, 2003, the parties were notified of the designation of this matter as an electronic case, and that all filings from that date forward were to be effectuated through the court's Electronic Case Filing system. Therefore, the Clerk is instructed to return the attached documents to plaintiff, and plaintiff shall file properly its amended complaint on or before November 14, 2003.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge