**SODINI & SPINA, LLC**
510 Thornall Street, Suite 180
Edison, NJ 08837
(732) 603-8808
Attorneys for Plaintiff Swartz Associates, Inc.

**IN THE UNITED STATES
COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SWARTZ ASSOCIATES, INC., Plaintiff, | Docket No. 01-316-C |
| v. | |
| THE UNITED STATES OF AMERICA, Defendant. | **CHANGE OF ADDRESS** |

**PLEASE TAKE NOTICE** of Counsel for Plaintiff Swartz Associates, Inc.'s change of address. The new address is:

**SODINI & SPINA, LLC**
510 Thornall Street, Suite 180
Edison, NJ 08837
(732) 603-8808

______________________________
GREGG S. SODINI

Dated: December 15, 2003

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2003, I caused a copy of the within Change of Address, to be served via regular mail on John H. Roberson, Esq., United States Department of Justice, Civil Division, 1100 L Street, NW, Room 10118, Washington, DC 20530

______________________________
GREGG S. SODINI

Dated: December 15, 2003