Gregg S. Sodini, Esq.
SODINI & SPINA, LLC
120 Wood Avenue South-Suite 407
Iselin, New Jersey 08830
Attorneys for Plaintiff Swartz Associates, Inc.

**IN THE UNITED STATES
COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SWARTZ ASSOCIATES, INC., Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | Civil Action No. 01-316 C<br><br>**CERTIFICATION OF GREGG S. SODINI** |

I, Gregg S. Sodini, being of full age, hereby certify and declare under penalty of perjury as follows:

1. I am an attorney at law admitted to practice in the United States Court of Federal Claims and am a member of the firm of Sodini & Spina, L.L.C., attorneys for Plaintiff Swartz Associates, Inc. ("Swartz") in the above-referenced matter. As such, I am fully familiar with the facts set forth herein.

2. Pursuant to the Contract Disputes Act, 41 U.S.C. §601 et seq., Plaintiff's certified claims with respect to the breach of contract claims set forth in its Amended Complaint in this matter were forwarded to Ibis Salas, the contracting officer for the appropriate region of the United States Marshal's Service ("USMS") on January 29, 2004. A true copy of these claims without the attachments is attached hereto as Exhibit A. Pursuant to 41 U.S.C. §605(c), a decision must be rendered by the USMS within 60 days.

I certify and declare under penalties of perjury that the foregoing statements made by me are true. I am aware that if any of he foregoing are made willfully false, I am subject to punishment.

/s/Gregg S. Sodini
GREGG S. SODINI

Dated: January 29, 2004