# In The United States Court of Federal Claims

No. 01-316 C

(Filed: March 5, 2004)

---

SWARTZ ASSOCIATES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

An oral argument on defendant's motion to dismiss will be held in this case at 10:00 a.m. (EST) on Thursday, June 24, 2004, in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge