**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SWARTZ ASSOCIATES, INC.,** | ) | |
| **Plaintiff,** | ) | **No. 01-316C** |
| **v.** | ) | **(Judge Allegra)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION TO RESCHEDULE HEARING**

Defendant respectfully requests that this Court reschedule the hearing on defendant's motion to dismiss, currently scheduled for June 24, 2004 at 10:00 a.m. Defendant requests the rescheduling of the hearing because counsel of record for defendant is now scheduled to appear in a three week trial in Citizens Financial Services FSB v. United States, No. 93-306C, scheduled to run from June 14, 2004, until July 2, 2004. Defendant has consulted with counsel for plaintiff, and he does not oppose the motion. Counsel for plaintiff has stated that rescheduling the hearing in May would not be possible, and that dates in July would be acceptable alternatives. Therefore, the Government proposes that the hearing be rescheduled in July, between the 12th and 30th days of that month.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ James M. Kinsella by /s/ Jeanne E. Davidson
JAMES M. KINSELLA
Deputy Director

/s/ John H. Roberson
JOHN H. ROBERSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7972

Attorneys for Defendant

Of Counsel:
JONI GIBSON
Associate General Counsel
United States Marshals Service
600 Army-Navy Drive
Suite 1250
Arlington, VA 22202
Tel: (202) 307-9054

Dated: April 14, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April 2004, I caused to be placed in the United States mail (first class, postage prepaid) and to be served by facsimile, a copy of "Defendant's Motion to Reschedule Hearing" addressed as follows:

Greg Sodini, Esq.
Sodini & Spina
510 Thornall Street,
Suite 180
Edison, New Jersey 08837
Facsimile (732) 603-0441

I also hereby certify that on this 14th day of April 2004, a copy of the foregoing "Defendant's Motion to Reschedule Hearing" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

/s/ John Roberson

JOHN ROBERSON