# In The United States Court of Federal Claims

No. 01-316 C

(Filed: June 30, 2004)

SWARTZ ASSOCIATES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**ORDER**

A telephonic status conference will be held in this case on Thursday, July 1, 2004, at 12:15 p.m. (EST). The court's telephone conferencing service will contact both parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge