# In The United States Court of Federal Claims

No. 01-316 C

(Filed: July 1, 2004)

SWARTZ ASSOCIATES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**ORDER**

On July 1, 2004, a status conference was held in this case, in which Gregg Steven Sodini, for plaintiff, and John Hugh Roberson, for defendant, were participants. As a result of the discussion held therein, principally regarding the jurisdictional issue raised in defendant's pending motion to dismiss, the parties shall proceed as follows:

1. On or before July 19, 2004, the parties shall file a joint status report indicating how this case should proceed.

2. Oral argument on defendant's motion to dismiss, currently scheduled to occur on July 13, 2004, is hereby cancelled, subject to rescheduling should the parties' forthcoming joint status report request that this matter continue along its present course.

3. The court is amenable to any course of action that would resolve possible jurisdiction problems with this case in the most efficient and least costly fashion.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge