IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SWARTZ ASSOCIATES, INC., Plaintiff, | No. 01-316C |
| v. | (Judge Allegra) |
| THE UNITED STATES, Defendant. | |

**JOINT STATUS REPORT ISSUED**
**PURSUANT TO THE COURT'S ORDER DATED JULY 1, 2004**

In accordance with the Court's Order dated July 1, 2004, plaintiff, Swartz Associates, Inc., ("Swartz") and defendant, the United States, hereby inform the Court of the parties' proposals for further proceedings in this case.

The parties intend, within seven days of the filing of this status report, to file a joint stipulation of dismissal in which Swartz will voluntarily dismiss its contract claims, counts one, three, five, six and eight, without prejudice. The parties propose that Swartz's bid protest claims, counts two, four, and seven, be stayed by the Court pending further notification to the Court from Swartz indicating that its contract claims have been resolved in another forum, or that it has filed contract claims in this Court. In accordance with the Court's suggestion, the parties further propose that, should Swartz reassert any future contract claim in this Court, the Court should reconsolidate Swartz's contract and bid protest claims in a coordinated proceeding before this Court. The Government reserves the right to file a motion to dismiss, should Swartz refile its contract claims in this Court.

Respectfully submitted,

/s/ Greg Sodini
GREGG SODINI, ESQ.
Sodini & Spina
510 Thornall Street
Suite 180
Edison, New Jersey 08837

Attorneys for plaintiff

STUART E. SCHIFFER
Acting Assistant Attorney General

DAVID M. COHEN
Director

/s/ James Kinsella by Jeanne Davidson
JAMES M. KINSELLA
Deputy Director

/s/ John Roberson
JOHN H. ROBERSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7972

Attorneys for Defendant

Of Counsel:
JONI GIBSON
Associate General Counsel
United States Marshals Service
600 Army-Navy Drive
Suite 1250
Arlington, VA 22202
Tel: (202) 307-9054

Dated: July 19, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of July 2004, I caused to be placed in the United States mail (first class, postage prepaid) and to be served by facsimile, a copy of "Joint Status Report Issued Pursuant To The Court's Order Dated July 1, 2004" addressed as follows:

GREGG SODINI, ESQ.
Sodini & Spina
510 Thornall Street
Suite 180
Edison, New Jersey 08837
Facsimile (732) 603-0441

I also hereby certify that on this 19th day of July 2004, a copy of the foregoing "Joint Status Report Issued Pursuant To The Court's Order Dated July 1, 2004" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John Roberson
John H. Roberson