**SODINI & SPINA, LLC**
510 Thornall Street, Suite 180
Edison, NJ 08837
(732) 603-8808
Attorneys for Plaintiff Swartz Associates, Inc.

**IN THE UNITED STATES
COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SWARTZ ASSOCIATES, INC., Plaintiff, | Docket No. 01-316-C |
| v. | |
| THE UNITED STATES OF AMERICA, Defendant. | **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO ONLY COUNTS ONE, THREE, FIVE, SIX AND EIGHT OF PLAINTIFF'S AMENDED COMPLAINT** |

Pursuant to Rule 41 (a)(1)(ii) of the Rules of the Court of Federal Claims, Plaintiff Swartz Associates, Inc. ("Swartz") and Defendant the United States of America, hereby stipulate and agree that Counts One, Three, Five, Six and Eight of the Plaintiff's Amended Complaint are voluntarily dismissed without prejudice, with each party bearing its own fees, costs and expenses with respect to these Counts.

**SODINI & SPINA, LLC**
Attorneys for Plaintiff Swartz Associates, Inc.

By: Gregg S. Sodini /GCW
Gregg S. Sodini, Esq.

Dated: 7/23/04

**THE UNITED STATES OF AMERICA**

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

JAMES M. KINSELLA
Deputy Director

JOHN H. ROBERSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7972

Attorneys for Defendant

Of Counsel:
JONI GIBSON
Associate General Counsel
United States Marshals Service
600 Army-Navy Drive
Suite 1250
Arlington, VA 22202
Tel: (202) 307-9054

Dated: July 26, 2004