# In The United States Court of Federal Claims

No. 01-316 C

(Filed: June 6, 2005)

---

SWARTZ ASSOCIATES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant

---

**ORDER**

---

On August 5, 2004, plaintiff voluntarily dismissed without prejudice counts one, three, five, six, and eight of its amended complaint. The parties had previously requested that this case be stayed, pending notification from the parties that these claims had been resolved in another forum or refiled in the instant court. On or before June, 30, 2005, the parties shall file a joint status report, indicating the status of the resolution of the above claims and how this case should proceed.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge