**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SWARTZ ASSOCIATES, INC.,** | ) | |
| **Plaintiff,** | ) | **No. 01-316C** |
| **v.** | ) | **(Judge Allegra)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**SECOND JOINT REQUEST FOR AN ENLARGEMENT OF TIME TO FILE A JOINT STATUS REPORT ISSUED PURSUANT TO THE COURT'S ORDER DATED JUNE 6, 2005**

Plaintiff, Swartz Associates, Inc., ("Swartz") and defendant, the United States, hereby request a second enlargement of time to file a joint status report pursuant to the Court's Order dated June 6, 2005.

As noted in our first request for an enlargement of time to file a joint status report, the current status of this case is that Swartz has submitted contract claims to the contracting officer of the United States Marshals Service and those claims have been denied. The parties wish to continue their discussions concerning the possibility of settlement, or failing that, a mutually acceptable schedule for proceeding with the case. In order to facilitate these discussions, the parties request a second enlargement of time to file the joint status report. The current date for filing the joint status report is August 1, 2005. The parties request a 39-day enlargement of time until Friday, September 9, 2005, to file a joint status report.

Respectfully submitted,

/s/ Gregg Sodini
GREGG SODINI, ESQ.
Sodini & Spina
510 Thornall Street
Suite 180
Edison, New Jersey 08837

Attorneys for plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ James Kinsella
JAMES M. KINSELLA
Deputy Director

/s/ John Roberson
JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7972

Attorneys for Defendant

Of Counsel:
JONI GIBSON
Associate General Counsel
United States Marshals Service
600 Army-Navy Drive
Suite 1250
Arlington, VA 22202
Tel: (202) 307-9054

Dated: August 1, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of August 2005, I caused to be placed in the United States mail (first class, postage prepaid) and to be served by facsimile, a copy of "SECOND JOINT REQUEST FOR AN ENLARGEMENT OF TIME TO FILE A JOINT STATUS REPORT ISSUED PURSUANT TO THE COURT'S ORDER DATED JUNE 6, 2005" addressed as follows:

GREGG SODINI, ESQ.
Sodini & Spina
510 Thornall Street
Suite 180
Edison, New Jersey 08837
Facsimile (732) 603-0441

I also hereby certify that on this 1st day of August 2005, a copy of the foregoing "SECOND JOINT REQUEST FOR AN ENLARGEMENT OF TIME TO FILE A JOINT STATUS REPORT ISSUED PURSUANT TO THE COURT'S ORDER DATED JUNE 6, 2005" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John Roberson

John H. Roberson