# In The United States Court of Federal Claims

No. 01-316 C

(Filed: September 28, 2005)

SWARTZ ASSOCIATES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**ORDER**

A telephonic status conference will be held in this case on Wednesday, October 5, 2005, at 10:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge