# In The United States Court of Federal Claims

No. 01-316 C

(Filed: October 5, 2005)

SWARTZ ASSOCIATES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant

## ORDER

A telephonic status conference was held in this case on Wednesday, October 5, 2005. Participating in this conference were, on behalf of plaintiff, Gregg S. Sodini, and, on behalf of defendant, John H. Roberson. During the status conference, the parties indicated that this case would likely be settled. Accordingly, on or before November 4, 2005, the parties shall file a joint status report indicating the progress of settlement discussions, with additional reports to be filed every 30 days thereafter. The parties shall notify the court immediately if settlement discussions break down and there is a need to restore this case to the active docket.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge