**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SWARTZ ASSOCIATES, INC.,** | ) | **No. 01-316C** |
| **Plaintiff,** | ) | **(Judge Allegra)** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT ISSUED**
**PURSUANT TO THE COURT'S ORDER DATED OCTOBER 5, 2005**

In accordance with the Court's order dated October 5, 2005, plaintiff, Swartz Associates, Inc., ("Swartz") and defendant, the United States, hereby inform the Court of the status of their settlement discussions.

Settlement discussions between the parties are progressing and the parties continue to believe that the continuation of these discussions presents the most efficient path toward the resolution of plaintiff's claims at this time.

Respectfully submitted,

/s/ Gregg Sodini
GREGG SODINI, ESQ.
Sodini & Spina
510 Thornall Street
Suite 180
Edison, New Jersey 08837
Tel: (732) 603-8808
Attorneys for plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ James Kinsella
JAMES M. KINSELLA
Deputy Director

/s/ John Roberson
JOHN H. ROBERSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7972

Attorneys for Defendant

Of Counsel:
JONI GIBSON
Associate General Counsel
United States Marshals Service
600 Army-Navy Drive
Suite 1250
Arlington, VA 22202
Tel: (202) 307-9054

Dated: November 4, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of November 2005, I caused to be placed in the United States mail (first class, postage prepaid) and to be served by facsimile, a copy of "Joint Status Report Issued Pursuant To The Court's Order Dated October 5, 2005" addressed as follows:

Greg Sodini, Esq.
Sodini & Spina
510 Thornall Street
Suite 180
Edison, New Jersey 08837
Facsimile (732) 603-0441

I also hereby certify that on this 4th day of November 2005, a copy of the foregoing “Joint Status Report Issued Pursuant To The Court’s Order dated October 5, 2005,” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

/s/ John Roberson

John H. Roberson