**SODINI & SPINA, LLC**
510 Thornall Street, Suite 180
Edison, NJ 08837
(732) 603-8808
Attorneys for Plaintiff Swartz Associates, Inc.

**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SWARTZ ASSOCIATES, INC.,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 01-316 C<br>(Judge Allegra)<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |

**PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiff Swartz Associates, Inc. ("Swartz") now move before the United States Court of Federal Claims, on notice to John Roberson, Esq., counsel for the Defendant United States of America, for the entry of an Order (1) permitting the law firm of Sodini & Spina, L.L.C., Gregg S. Sodini, Esq. and any and all attorneys that are members of or otherwise associated with Sodini & Spina, L.L.C. (collectively the "Sodini & Spina Firm") to withdraw and be relieved as counsel representing Plaintiff Swartz Associates, Inc. ("Swartz") in this matter, (2) staying this litigation for a period of 60 days from the entry of any Order allowing the Sodini & Spina Firm to so withdraw (said stay being with the consent of John Roberson, Esq. counsel for Defendant United States of America) to permit Plaintiff to obtain new counsel to represent its interests in this matter and (3) permitting the Sodini & Spina Firm to assert an attorney lien pursuant to N.J.S.A. 2A:13-5 in an amount to be

determined by the Court and/or the consent of the parties upon final resolution of this matter. In support of this Motion, the Sodini & Spina Firm shall rely upon the Declaration of Gregg S. Sodini, Esq. submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that if you wish to respond to this motion, you should file your responsive papers with the United States Court of Federal Claims within fourteen (14) days of the date hereof.

Plaintiff does not request oral argument in this matter unless opposition is received. A proposed form of Order is submitted herewith.

**SODINI & SPINA, LLC**
Attorneys for Plaintiff
Swartz Associates, Inc.

By:__________________________
Gregg S. Sodini

Dated: November 29, 2005

**CERTIFICATION**

I hereby certify that on this date, I caused a true copy of the within Notice of Motion and supporting papers referenced therein to be electronically filed with the Court of Federal Claims and to be served upon Plaintiff and counsel for the United States of America the following by sending same via facsimile and UPS Overnight Delivery to:

John Roberson, Esq.
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Swartz Associates, Inc.
c/o Brian Lee Swartz
66 Linwood Avenue
Dover, NJ 07801

In addition, I am causing true copies of the within Notice of Motion and supporting papers referenced therein to be served upon Plaintiff via regular first class mail and certified mail, return receipt requested.

Gregg S. Sodini

DATED: November 29, 2005