**SODINI & SPINA, LLC**
510 Thornall Street, Suite 180
Edison, NJ 08837
(732) 603-8808
Attorneys for Plaintiff Swartz Associates, Inc.

**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SWARTZ ASSOCIATES, INC., Plaintiff, | Civil Action No. 01-316 C (Judge Allegra) |
| v. | |
| THE UNITED STATES OF AMERICA, Defendant. | **DECLARATION OF GREGG S. SODINI** |

I, Gregg S. Sodini, Esq., being of full age, under penalty of perjury hereby certify and declare as follows:

1. I am attorney admitted to practice in the State of New Jersey and the United States Court of Federal Claims and am a member of Sodini & Spina, L.L.C., counsel for Plaintiff Swartz Associates, Inc. ("Swartz") in this matter. As such I am fully familiar with the facts set forth herein. I make this Declaration in support of the Motion filed by Sodini & Spina, L.L.C. for the entry of an Order (1) permitting the law firm of Sodini & Spina, L.L.C., Gregg S. Sodini, Esq. and any and all attorneys that are members of or otherwise associated with Sodini & Spina, L.L.C. (collectively the "Sodini & Spina Firm") to withdraw and be relieved as counsel representing Plaintiff Swartz Associates, Inc. ("Swartz") in this matter, (2) staying this litigation for a period of 60 days from the entry of any Order allowing the Sodini & Spina Firm to so withdraw (said stay being with

the consent of John Roberson, Esq. counsel for Defendant United States of America) to permit Plaintiff to obtain new counsel to represent its interests in this matter and (3) permitting the Sodini & Spina Firm to assert an attorney lien pursuant to N.J.S.A. 2A:13-5 in an amount to be determined by the Court and/or the consent of the parties upon final resolution of this matter.

2. Brian Swartz and his wife, Dawn Swartz, are the sole principals of Plaintiff Swartz. Brian Swartz has notified me that he is dissatisfied with the Sodini & Spina Firm's handling of this litigation and specifically, its handling of settlement negotiations in connection with Swartz' claim filed with the United States Marshall Service pursuant to the Contract Disputes Act. Mr. Swartz has indicated that he has consulted with other unspecified attorneys with respect to the conduct of this litigation and has indicated a belief that there may have been ethical violations and potential malpractice by the Sodini & Spina Firm in connection with this matter. Accordingly, it is apparent that the Sodini & Spina Firm firm cannot continue to represent Plaintiff in connection with this matter. In this regard, by letter dated November 14, 2005, we advised Swartz of our intention to withdraw as its counsel in this matter.

3. Pursuant to a Retainer Agreement, Plaintiff agreed to pay an hourly rate of $200 for services rendered, plus incurred costs and expenses. At the present time, since approximately July 1, 2002, Plaintiff has incurred reasonable and necessary charges for legal services rendered by this law firm in excess of $36,901.96 representing fees and costs incurred in the prosecution of this matter and related proceedings filed in the Superior Court of New Jersey, Law Division, Morris County. It is respectfully submitted that all fees incurred for legal services are reasonable and necessary in light of the

complex issues implicated in this litigation, the jurisdictional requirements to be met in order to prosecute Plaintiff's federal, state and administrative claims and the multiple parties involved in the various actions. Plaintiff has made no payment with respect to any of these services rendered or costs incurred in clear violation of its Retainer Agreement.

4. Pursuant to N.J.S.A. 2A:13-5 "an attorney who shall appear in the cause for the party instituting an action… shall have a lien for compensation." Consequently, the Sodini & Spina Firm also seeks entry of an Order recognizing the existence of a statutory lien pursuant to N.J.S.A. 2A:13-5 for compensation due to the Sodini & Spina Firm in an amount to be determined either by Court Order and/or consent of the parties upon conclusion of this litigation and/or any other judicial or administrative proceeding brought pursuant to the Contract Disputes Act.

5. I have conferred with John Roberson, Esq., counsel for Defendant United States of America in this matter, and he has advised me he consents to staying this litigation for a period of 60 days from the entry of any Order allowing the Sodini & Spina Firm to withdraw so as to permit Plaintiff to obtain new counsel to represent its interests in this matter

I certify and declare under penalty of perjury that the foregoing is true and correct.

GREGG S. SODINI

Dated: November 29, 2005