# In The United States Court of Federal Claims

No. 01-316 C

SWARTZ ASSOCIATES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant

## ORDER

**THIS MATTER** having been opened to the Court by Sodini & Spina, L.L.C., attorneys for Plaintiff Swartz Associates, Inc. ("Swartz") on notice to John Roberson, Esq., counsel for the Defendant United States of America, for the entry of an Order (1) permitting the law firm of Sodini & Spina, L.L.C., Gregg S. Sodini, Esq. and any and all attorneys that are members of or otherwise associated with Sodini & Spina, L.L.C. (collectively the "Sodini & Spina Firm") to withdraw and be relieved as counsel representing Plaintiff Swartz Associates, Inc. ("Swartz") in this matter, (2) staying this litigation for a period of 60 days from the entry of any Order allowing the Sodini & Spina Firm to so withdraw (said stay being with the consent of John Roberson, Esq. counsel for Defendant United States of America) to permit Plaintiff to obtain new counsel to represent its interests in this matter and (3) permitting the Sodini & Spina Firm to assert an attorney lien pursuant to N.J.S.A. 2A:13-5 in an amount to be determined by the Court and/or the consent of the parties upon final resolution of this matter, and the Court having considered the moving papers and any opposition filed with respect thereto;

It is hereby **ORDERED** that

(1) The Sodini & Spina Firm shall be permitted to withdraw as counsel for Plaintiff Swartz in this action and is hereby relieved as counsel for Plaintiff Swartz in this action;
(2) This litigation shall be and is hereby stayed for a period of sixty (60) days from the date hereof to permit Plaintiff Swartz to obtain new counsel to represent its interests in this matter;
(3) The Sodini & Spina Firm shall be and is hereby permitted to assert a statutory lien pursuant to N.J.S.A. 2A:13-5 for compensation against future recovery in this action and/or any other judicial or administrative proceeding brought pursuant to the Contract Disputes Act, in an amount to be determined by the

Court and/or consent of the parties upon resolution of this action and/or any other judicial or administrative proceeding brought pursuant to the Contract Disputes Act;

(4) A true and accurate copy of the within Order shall be served upon Plaintiff and all counsel of record within 7 days of the date hereof

**IT IS SO ORDERED this ______ day of ____________.**

________________________

FRANCIS M. ALLEGRA
Judge, Court of Federal Claims