# In The United States Court of Federal Claims

No. 01-316 C

(Filed: December 19, 2005)

SWARTZ ASSOCIATES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant

## ORDER

On November 29, 2005, Gregg S. Sodini filed a motion to withdraw as counsel for plaintiff Swartz Associates, Inc. Mr. Sodini's motion is hereby **GRANTED**, in part, and **DENIED**, in part. Accordingly:

(i) All proceedings in this case are stayed until further order of the court;

(ii) On or before January 13, 2006, if he still desires a charging lien, Mr. Sodini shall provide the court with authority indicating that this court is authorized to issue such an order and that one would be proper in this case;

(iii) On or before February 3, 2006, plaintiff is hereby ordered to retain new counsel and file a motion for substitution of counsel. Until the court has granted this motion for substitution of counsel, Mr. Sodini will remain the attorney of record.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge