# In The United States Court of Federal Claims

No. 01-316 C

(Filed: February 2, 2006)

SWARTZ ASSOCIATES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**ORDER**

On February 2, 2006, the court received and filed a letter from plaintiff in response to the court's December 19, 2005, order requiring plaintiff to retain new counsel and file a motion for substitution of counsel. This letter stated that new counsel could not be hired because "we have not received [our file from Mr. Sodini] which makes it impossible for us to secure further council [sic] as no attorney will undertake the case without being able to review the files." The court does not believe that retaining new counsel is contingent upon the return of plaintiff's file, and that plaintiff has not justified its failure to comply with the court's order. Accordingly:

(i) On or before February 24, 2006, plaintiff shall retain new counsel and that attorney shall file a motion for substitution of counsel;

(ii) If plaintiff fails to file its motion by February 24, 2006, this matter shall be dismissed for lack of prosecution.

**No further relief from these requirements will be granted.** Until the court has granted a motion for substitution of counsel, Mr. Sodini will remain the attorney of record.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge