# In The United States Court of Federal Claims

No. 01-316 C

(Filed: February 2, 2006)

SWARTZ ASSOCIATES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**ORDER**

The Clerk is hereby directed to scan and file the attached document.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge