**Swartz Assoc. Inc.**
PO Box 272, Kenvil, NJ 07847
Auctioneers, Appraisers, Tag & Estate Sales, Liquidators & Charity Fund Raising Auctions
Office 973-328-8310 e-mail salmom@optonline.net

January 31, 2006

Honorable Francis M. Allegra
United States Court of Federal Claims
717 Madison Place, N. W.
Washington, DC 20005

Re: Swartz Associates, Inc. v. United States No. 01- 316C

Honorable Francis M. Allegra,

This is in response to your Order filed on December 19th 2005, (Please see copy enclosed) for Swartz Associates Inc. to retain new counsel before February 3, 2006.

We are enclosing three letters to substantiate the place in which we find ourselves, and we should add apologize if this letter is improper in any way, as we certainly are not legal savvy and in no way wish to place you or the court in an awkward position but at this point continue to find ourselves unable and possibly unwilling to start over and again relive the nightmare of the circumstances that the US Marshals put us in and at this time merely want to conclude this matter once and for all and walk away, putting this horrible experience behind us, close the family business of 20 years, which has been kept open only in name at considerable expense to us until this conclusion and move on. Our motivation is no longer centered on principle but to have our attorney's paid and hopefully some left over to find a new career so we may move on, as we do not and should add made it painfully clear from the beginning that we did not have the funds to begin and now continue.

We are enclosing a letter we wrote to Mr. Sodini dated November 9th 2005 and as you see we did not even know our case was on going, we knew the court dismissed it for our attorneys to request and be denied our claim and we were aware the court waived the refilling fees which we thank you for and must add believe was very just and fair. In addition, included is a letter dated December 21, 2005 from Mr. Sodini which states our documentations would be returned to us on December 27, 2005 and to date we have not received this which makes it impossible for us to secure further council as no attorney will undertake the case without being able to review the files and unfortunately Mr. Sodini will not speak to us or return our telephone calls and has not since July of last year, which prompted our November letter out of complete frustration, which now we see was an error on our part.

Bottom line we want to settle this matter immediately, and pray we can come out with something left over and no legal bills which we can't pay. We believe the offer from the US Marshals is $17,240.00 for our claims of vehicles and bid preparation plus a portion of the legal fees which Ms. Williams of the Sodini office stated that the two firms would accept. We want to accept this provided that all our claims money is not consumed by the legal fee short comings offered by the US Marshals as we do have other legal fees due from this matter.

If there is any way the court can intercede on our behalf to finalize this matter we would be so very grateful as we desperately need to put this behind us and close our company and just move on with any funds left over used for us to seek education for other gainful full time employment. If you or an agent of the court needs to contact us please feel free to contact us at 973-519-2410 as our office phone is unmanned. Thank you in advance for your time and consideration.

Respectfully and Sincerely,

B L Swartz

Brian L. Swartz

Pres./Sr. Auctioneer

# SODINI & SPINA

A New Jersey Limited Liability Company
Attorneys At Law

Gregg S. Sodini
Patrick J. Spina*
Ellen C. Williams
Hubert C. Cutolo
Daniel Barros

Peter F. Boggia
Dean M. Averna*
Of Counsel

*Admitted NJ & NY Bars

510 Thornall Street
Suite 180
Edison, New Jersey 08837

Tel: (732) 603-8808
Fax: (732) 603-0441

Totowa Office:
97 Lackawanna Avenue, Suite 201
Totowa, N.J. 07512
Tel: (973) 837-0010
Fax: (973) 837-0020

PLEASE REPLY TO EDISON


December 21, 2005

**VIA FACSIMILE (973-328-8310), REGULAR MAIL, CERTIFIED MAIL R/R/R AND UPS OVERNIGHT DELIVERY**

Brian Swartz
Dawn Swartz
Swartz Associates, Inc.
66 Linwood Avenue
Dover, NJ 07801

Re: **Swartz Associates, Inc. ("Swartz") v. United States**
**No. 01-316C**
**Swartz Associates, Inc. ("Swartz") v. The Estate of Dominick Russo, deceased et al.**
**Docket No. MRS-L-793-04**

Dear Brian and Dawn:

In connection with the above-referenced matters, enclosed is a copy of the December 19, 2005 Order of the United States Court of Federal Claims that, *inter alia*, (1) stays the matter against the United States in that Court until further order of the Court and (2) orders you to retain new counsel in that matter and file a motion for substitution of counsel in the United States Court of Federal Claims on or before February 3, 2006.

In this regard, although we are prepared to transfer the file to you or new counsel as you may designate next week, the Order requires us to remain as counsel of record until the Court grants the motion for substitution of counsel. Nonetheless, please advise if you want us to deliver the file to you directly or if you want us to send it to other counsel. If we do not hear from you by the close of business next Tuesday, December 27, 2005, we will ship the file directly to you at the address listed above.

Finally, please be advised that our Firm and its attorneys reserve any and all rights and defenses any of them may have in connection with the above referenced matters and waive none of these rights and defenses by this letter or by any discussions aimed at resolving these matters. In addition, our Firm and its attorneys shall not be deemed to have made any admissions or declarations against interest or to have otherwise admitted any liability in this matter by reason of this letter or any such discussions.

Very truly yours,

Gregg S. Sodini

GSS/noe
Encl.

**Swartz Assoc Inc.**
Auctioneers, Appraisers, Tag Sale Promoters and Charity Fun'd Raisers
PO Box 272 Kenvil, NJ 07847
973-328-8310 973-328-8310 (fax)

November 9, 2005
Sent via Fax to Sodini & Spina
510 Thornall Street
Edison, NJ 08837

Attn: Gregg

We are in receipt of your package today Nov. 9, 2005 of your formal withdrawal as counsel from our civil state suit and we are very disturbed and troubled by this withdrawal at this late date and with the manner in which it was conducted. We feel that we have been compromised in all aspects of all proceedings including the case with the US Marshals as well as this other suit. Our trust and confidence that we are being truly and fairly represented has certainly for some time been eroding away, particularly since you personally, Gregg, removed yourself from the handling of our matters, which is why we followed you when you left the other firm and we certainly do not feel that our best interests have been foremost and been acted on for quite some time and with attempts to reach you personally by phone not available.

By not having a claim currently standing in the Federal court there is no leverage in our negotiations with the US Marshals, even though we thought and were told that one would be refilled with no additional costs as the fees were supposedly to be waived, after making demand for funds from the contracting officer and they were rejected, as you stated. And it is extremely clear that our compensation for wrongs has taken a distant back seat to racing and reaching a speedy conclusion at all costs so that a settlement for legal fees could take a lead and be the driving force for your office and personnel, with little to no regard for an honest effort to even slightly attempt to fight for, let alone stand up for our positions to our knowledge. Facts have been at best sketchy, other than being commanded to supply documents at the spur of the moment, with little to no written confirmation or direction as to what is needed or required, merely a phone call with panicked, last minute commands, which usually concluded with your staff hanging up on us, which is really not a factor in the matter, but we and certainly other clients are sure to find extremely unprofessional to say the least. In addition, meetings, have been set up and we get a call from your office, not the week before, not several days in advance, not even the day before, but the day of the scheduled meeting with in hours of the time and with barely enough notice to drive there to be on time let alone schedule it in or make ourselves available or even aware that such a meeting which had major consequences to our case was taking place.

We certainly feel betrayed and mislead. Not to mention offended in the manner that we have been treated at the hands of your associate who has accepted the words of and acted on the response of others, while hurriedly dismissing our claims and positions even when we have protested. Our path and goals have not at all been clear in the negotiations, if you can use that term at all, as the US Marshals refute claims in the proceedings and with no clear communications with us at all, their position and allegations are accepted as Gospel truth and accepted with little review or interest in the facts that we have to offer.

At this point we are truly not even sure what if any offers are on the table for us? We spent hours reviewing and revamping hours and expenditure lists and submitted them to you as it appeared that time was of the essence to hammer out a settlement, but in talking to Ellen yesterday, there is no additional information other than we need to, we think, get back to you with the ok to release the bills for legal fees for settlement which like everything else was a sketchy verbal and confusing request, at best.

At this point in time we would appreciate a very simple, even hand written, could even be on a used post-it at this point in time, breakdown of where we stand as to what is the latest offer from the US Marshals. Does it remain the same, with our efforts being merely busy work, to make it seem like you are attempting to secure a better return? while never having any real impact on an effort to try to get us more or improve our position, in respect to our claims. Merely the dollar amount being offered currently is fine, as the last we heard you were still as we understood, pursuing the real estate, a better return on the hours and additions to the equipment reimbursement, but have heard nothing at all and have had no clear and concise response after us feverishly and franticly rushing to get that over to you. This may help us so that we can finalize this matter or decide to just let it drop, and walk away as was your decision with the other suit.

B J Swartz / Pres
**Brian Swartz**
**Pres/ Sr Auctioneer**

**Swartz Assoc Inc.**
Auctioneers, Appraisers, Tag Sale Promoters and Charity Fun'd Raisers
PO Box 272 Kenvil, NJ 07847
973-328-8310 973-328-6955 (fax)

August 3, 2005

Sent via Fax to Sodini & Spina

Attn: Ellen

Ellen I am signing the certification and faxing it back as I understand we are under a time constraint in reference to getting this off within the deadline, however I also have concerns as I have not seen the final responses for review and understand they must go out before it is possible to verify the documents and answers as to their accuracy. We covered a tremendous amount of information and facts when we were at your office the last time as to dates and happenings. If you could please fax, if possible, over to me a copy of these answers for my review and my records and I will take them with me on vacation while visiting my folks and if that is not possible send them and we will review them when we return as a last resort. Also just to follow up we will be away from August 5th through August 22nd but we can be reached on our cell phones: Brian 973-519-2410 and Dawn 973-519-2414.

**Thanks**

**Brian Swartz**
**Pres/ Sr Auctioneer**