# In The United States Court of Federal Claims

No. 01-316 C

(Filed: March 2, 2006)

SWARTZ ASSOCIATES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**ORDER**

On November 29, 2005, Gregg S. Sodini filed a motion to withdraw as counsel for plaintiff. By order of December 19, 2005, this court directed plaintiff to retain new counsel and file a motion for substitution of counsel by February 3, 2006, until which time Mr. Sodini was to remain the attorney of record. On February 2, 2006, the court received and filed a letter from plaintiff which stated that new counsel could not be hired because "we have not received [our file from Mr. Sodini] which makes it impossible for us to secure further council [sic] as no attorney will undertake the case without being able to review the files." By order of February 2, 2006, the court stated that it did not believe that retaining new counsel was contingent upon the return of plaintiff's file, and that plaintiff had not justified its failure to comply with the court's December 19, 2005, order. The February 2, 2006, order also indicated that failure by the plaintiff to obtain new counsel and effectuate the submission of a motion for substitution by February 24, 2006, would result in the dismissal of this case for lack of prosecution.

As plaintiff has failed to comply with the court's previous orders, the Clerk is hereby ordered to **DISMISS** the above captioned case for lack of prosecution pursuant to RCFC 41(b). The Clerk shall also mail a copy of this order to plaintiff.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge